IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

ATLANTIC CASUALTY
INSURANCE COMPANY                                                                                    PLAINTIFF

V.                                              Case No. 4:15-CV-04103

PARADISE CLUB;
ISMAEL ARANDA; and
BRANDI COODY                                                                                        DEFENDANTS

## ORDER

Before the Court is a Motion for Summary Judgment filed by Plaintiff Atlantic Casualty Insurance Company. ECF No. 19. Separate Defendant Brandi Coody (ECF No. 22) and Separate Defendants Ismael Aranda and Paradise Club (ECF No. 30) have filed responses. Plaintiff has filed a reply (ECF No. 25) to Separate Defendant Coody's response. The Court finds this matter ripe for consideration.

For the reasons set forth in the Memorandum Opinion of November 4, 2016, the Court finds that Plaintiff's Motion for Summary Judgment (ECF No. 19) should be and hereby is **DENIED**.

**IT IS SO ORDERED**, on this 8th day of November, 2016.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge