IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

ATLANTIC CASUALTY
INSURANCE COMPANY                                                                       PLAINTIFF

V.                                    CASE NO. 4:15-CV-04103

PARADISE CLUB;
ISMAEL ARANDA; and
BRANDI COODY                                                                           DEFENDANTS

## **ORDER**

On December 20, 2016, the Court continued the above styled and numbered case and lifted the deadlines imposed by the previous scheduling order. ECF No. 39. The Court based this decision on the facts that (1) law enforcement had not yet completed the investigation of the incidents that gave rise to the litigation and (2) the underlying state litigation had not yet commenced. Accordingly, the Court finds, *sua sponte,* that the interest of judicial economy will best be served by staying the action. The parties are hereby ordered to file a status report with the Clerk of Court every sixty (60) days while the stay is in place.

**IT IS SO ORDERED**, this 21st day of February, 2017.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge