IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

ATLANTIC CASUALTY
INSURANCE COMPANY                                                                    PLAINTIFF

V.                                   CASE NO. 4:15-CV-04103

PARADISE CLUB;
ISMAEL ARANDA; and
BRANDI COODY                                                                         DEFENDANTS

## ORDER

Before the Court is a Joint Motion to Dismiss. ECF No. 43. The parties state that they have resolved the present dispute and, based on that resolution, request that this matter be dismissed with prejudice. After considering the parties' request, the Court finds that the instant Joint Motion to Dismiss (ECF No. 43) should be and hereby is **GRANTED**. Accordingly, this matter is **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED**, this 21st day of August, 2017.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge